UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISON

| | ) | |
|---|---|---|
| | ) | |
| IN RE: LAWNMOWER ENGINE | ) | CASE NO.: 2:08MD-01999 |
| HORSEPOWER MARKETING | ) | |
| SALES PRACTICES LITIGATION | ) | |
| | ) | |
| | ) | JUDGE LYNN ADELMAN |
| | ) | |
| | ) | **NOTICE OF APPEAL** |

Notice is hereby given that Rosalie Borgarts, Paul Palmer, Irving S. Bergrin, Cory A. Buye, Jill Cannata, Robert Falkner and Thomas Basie, non-named members of the Class who objected in this case, hereby appeal to the United States Court of Appeal for the Seventh Circuit from the Order (Document no. 380), the Order and Judgment Approving the Kohler Co. Settlement (Document no. 385), the Order and Judgment Approving the Kawasaki Settlement (Document no. 384), the Order and Judgment Approving the Honda Settlement (Document no. 383), the Order and Judgment Approving the Group of Six Settlement (Document no. 382), and the Order and Judgment Approving the MTD Settlement (Document no. 381) all of which were entered on August 16, 2010.

Respectfully submitted,

/s/ Edward F. Siegel
 Edward F. Siegel (Ohio 0012912)
27600 Chagrin Blvd., Ste. 340
Cleveland, OH 44122
Tel: (216) 831-3424
Fax:(216) 831-6584 (fax)
efsiegel@efs-law.com

/s/ Darrell Palmer
Darrell Palmer (CA Bar No. 125147)
Law Offices of Darrell Palmer
603 N. Highway 101, Ste. A
Solana Beach, CA 92075
Tel: (858) 792-5600
Fax:(858) 792-5655
Darrell.palmer@palmerlegalteam.com


/s/ Kenneth E. Nelson
Kenneth E. Nelson (MO Bar No. 31993)
Nelson Law Firm P.C.
1100 Main St., #2900
Kansas City, MO 64105
Tel: (816) 421-7225
Fax:(816) 831-6584
kennelson@mclaw.com


Edward W. Cochran (0032942)
20030 Marchmont Road
Shaker Heights, Ohio 44122
216.751.5546 Voice
216.751.6630 Fax
edwardcochran@wowway.com

Sam P. Cannata
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail:scannata@snider-cannata.com


CERTIFICATE OF SERVICE

A copy of the foregoing was filed with the court electronically on August ___, 2010, and was served on all other parties of record through the court's electronic system.


  /s/ Edward F. Siegel
    Edward F. Siegel